RECEIVED
DEC - 6 2011
TONY R. MOORE, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| AMY JO GEWIN | * | CIVIL ACTION NO. 10-1008 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's Petition for Attorney Fees [doc. # 25] is GRANTED IN PART, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Amy Jo Gewin for attorney fees in the amount of $5,325.00 (35.5 hours at $150.00 per hour), plus expenses and costs totaling $478.73.

IT IS FURTHER ORDERED that the motion [doc. # 25] is otherwise DENIED.

THUS DONE AND SIGNED in chambers, this __6__ day of __Dec__ 2011 in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE